

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER**

Case number:               01-13-00150-CV

Style:                     In re Charles S. Iupe, Jr., Relator

Original Proceeding on Petition for Writ of Mandamus from *In the Guardianship of Charles S. Iupe, Jr.*, No. 417,216 in the Probate Court No. 3 of Harris County, Texas, the Hon. Rory R. Olsen, presiding.

On February 22, 2013, relator, Charles S. Iupe, Jr., filed a petition for writ of mandamus. The Court requests a response from the real parties in interest. The responses, if any, are due **Tuesday, March 5, 2013**.

Furthermore, the January 24, 2013 order appointing Dr. Victor Scarano to perform an independent medical examination of relator by March 15, 2013 is **stayed**. *See* TEX. R. APP. P. 52.10(b). The stay is effective until this mandamus proceeding is finally decided. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.

Judge's signature: /s/ Jim Sharp, Jr.
                   Acting individually

Date:   February 25, 2013